# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JILL SHYE, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>BOOKSPAN LLC,<br><br>               Defendant. | Case No.: 21-cv-12285-TLL-PTM |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jill Shye hereby dismisses with prejudice all claims against Defendant Bookspan LLC.

Dated: New York, New York
        March 29, 2022

**BURSOR & FISHER, P.A.**

By:   */s/ Philip L. Fraietta*
         Philip L. Fraietta

Philip L. Fraietta (P85228)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com

**HEDIN HALL LLP**
Frank S. Hedin
1395 Brickell Avenue, Suite 1140
Miami, FL 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
Email: fhedin@hedinhall.com

**THE MILLER LAW FIRM, P.C.**
E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)

                                Dennis A. Lienhardt (P81118)
                                William Kalas (P82113)
                                950 W. University Drive, Suite 300
                                Rochester, MI 48307
                                Tel: 248-841-2200
                                epm@millerlawpc.com
                                ssa@millerlawpc.com
                                dal@millerlawpc.com
                                wk@millerlawpc.com

*Attorneys for Plaintiff*